W. E. Ernst, of New York City, for appellant. A. W. Levy, of New York City, for respondent. No opinion. Order modified, by reducing counsel fee to $250, and awarding to the plaintiff $75 a month for the support of the defendant's children, and, as so modified, affirmed, without costs. Order filed.

WIBIRT, Respondent, v. MILLER, Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Sarah E. Wibirt against George N. Miller, Jr. J. C. Jackson, for appellant. J. B. Sheehan, of New York City, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 163 App. Div. 885, 147 N. Y. Supp. 1150. LAUGHLIN and SCOTT, JJ., dissent.

WILCOX, Appellant, v. HOME LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by George S. Wilcox against the Home Life Insurance Company. C. Haldane, of New York City, for appellant. B. Hershkopf, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Stern v. Metropolitan Ins. Co., 154 N. Y. Supp. 472. Order filed.

WILLEY, Respondent, v. MYNDERSE, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Jacob Willey, Jr., against Andrew Mynderse.

PER CURIAM. Judgment and order affirmed, with costs.

HOWARD and WOODWARD, JJ., dissent. See, also, 165 App. Div. 620, 151 N. Y. Supp. 280.

WILLIAM STAKE & CO., Inc., Appellant, v. ROTH et al., Respondents. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by William Stake & Co., Incorporated, against Oswald Roth and another. J. E. Kelly, of New York City, for appellant. H. Escher, Jr., of Brooklyn, for respondents. No opinion. Determination and judgment affirmed, with costs. Order filed. See, also, 91 Misc. Rep. 45, 154 N. Y. Supp. 213.

In re WILLIAMS. (Supreme Court, Appellate Division, First Department. October 29, 1915.) In the matter of Joseph M. Williams, an attorney. No opinion. Referred to Hon. Henry A. Gildersleeve, official referee. Settle order on notice.

WILLIAMS v. DICKERSON et al. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by Percy G. Williams against William K. Dickerson and others. No opinion. Motion to dismiss appeal granted, with $10 costs. See, also, 154 N. Y. Supp. 1150.

WILLIAMS et al. v. PETER KEELER BLDG. CO. et al. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Samuel T. Williams and another against the Peter Keeler Building Company and others. Joseph G. Abramson, of New York City, for appellant. No opinion. Motion denied, without costs, and without prejudice, upon the ground that, because of the failure of the moving party to pay the costs imposed upon the motion for reargument, he is stayed, and consequently in no position to proceed with the appeal. See, also, 153 N. Y. Supp. 1150.

In re WILSON (two cases). (Supreme Court, Appellate Division, Second Department. October 22, 1915.) In the matter of the application of William R. Wilson, for a peremptory writ of mandamus, etc. No opinion. Order affirmed, without costs.

WILSON v. C. DORFLINGER & SONS. (Supreme Court, Appellate Division, Third Department. December 3, 1915.) In the matter of the claim of Leona Wilson for compensation to herself for the death of her husband, William H. Wilson, under the State Workmen's Compensation Law (Consol. Laws, c. 67), against C. Dorflinger & Sons, employers, and the Knickerbocker Mutual Liability Insurance Company of New York, insurance carriers, appellants. No opinion. Motion granted. See, also, 155 N. Y. Supp. 857.

WILSON, Appellant, v. GILLETTE CLIPPING MACH. CO., Respondent. Appeal No. 1. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by John G. Wilson against the Gillette Clipping Machine Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1149.

WILSON, Appellant, v. GILLETTE CLIPPING MACH. CO., Respondent. Appeal No. 2. (Supreme Court, Appellate Division, Second Department. October 15, 1915.) Action by John G. Wilson against the Gillette Clipping Machine Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 155 N. Y. Supp. 1149.

WINTERS v. NEW YORK HERALD CO. et al. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of Mary Winters for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against the New York Herald Company, employer, and the Globe Indemnity Company, insurance carrier. No opinion. Award unanimously affirmed.

WISE, Respondent, v. LAW REPORTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Action by James B. Wise against the Law Reporting Company. No opinion. Motion for leave to appeal from 154 N. Y. Supp. 1151, to Court of Appeals denied, with $10 costs.

WISSMAN v. TREFFURTH et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Helen A. Wissman against Richard L. Treffurth and oth-